```
 1  JERI COPPA-KNUDSON, Trustee
    3495 LAKESIDE DRIVE, PMB#62
 2  RENO, NV. 89509-4841
    (775) 329-1528
 3
```

RECEIVED AND FILED
2006 OCT 31 AM 9:31
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEVADA

In Re:

DODD, SCOTT LIONEL
DODD, CLARA LOUISE

Debtor(s).
_____/

CASE NO. BK-N-01-34128

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
| | | Amount of Deposit |
| | MARK L. STURDIVANT (address unknown) | $ 2,733.33 |

DATED: 10/30/06          TRUSTEE: Jeri Coppa-Knudson

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.

*[handwritten: #79931 $2733.33]*